UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CASE NO: 1:21-cv-539

RAYMOND NARDO, individually and on behalf of all others similarly situated,

*Plaintiff*,

vs.

PHE, INC. d/b/a ADAM AND EVE,

*Defendant*.

_____/

CLASS ACTION

JURY TRIAL DEMANDED

## STIPULATION OF DISMISSAL

Plaintiff Raymond Nardo and Defendant PHE, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this matter, with each party to bear their own costs and attorneys' fees.

Plaintiff's claims are dismissed with prejudice, and the claims of the unnamed putative class members are dismissed without prejudice.

Dated: September 21, 2021

Respectfully Submitted,

| | |
|---|---|
| */s/ Ignacio J Hiraldo*<br>Ignacio J. Hiraldo, Esq.<br>FL Bar No. 56031<br>Washington D.C. Bar No. 485610<br>IJH Law<br>1200 Brickell Ave. Ste. 1950<br>Miami, FL 33131<br>t. 786.496.4469<br>e. ijhiraldo@ijhlaw.com<br><br>*/s/ David M. Wilkerson*<br>DAVID M. WILKERSON<br>NC State Bar No. 35742<br>The Van Winkle Law Firm<br>11 N. Market Street<br>Asheville, North Carolina 28801<br>(828)258-299 (phone)<br>(828)257-2767 (fax)<br>dwilkerson@vwlawfirm.com<br><br>*Counsel for Plaintiff* | */s/ David S. Rudolf (with permission)*<br>David S. Rudolf<br>(dsrudolf@rudolfwidenhouse.com)<br>Rudolf Widenhouse<br>225 East Washington Avenue<br>Suite 100<br>Charlotte, NC 28203<br>Phone: 704-333-9945<br>(Local Civil Rule 83-1 Counsel)<br><br>Michael H. Sampson<br>(msampson@leechtishman.com)<br>(Notice of Special Appearance Filed)<br>James K. Paulick<br>(jpaulick@leechtishman.com)<br>(Notice of Special Appearance Filed)<br>Audra E. Phibbs<br>(aphibbs@leechtishman.com)<br>(Notice of Special Appearance Filed)<br>Leech Tishman Fuscaldo & Lampl, LLC<br>525 William Penn Place, 28th Floor<br>Pittsburgh, Pennsylvania I 5219<br>Phone: 412-261-1600<br><br>*Counsel for Defendant PHE, Inc. d/b/a Adam and Eve* |